# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0196
Lower Tribunal No. 2017-CF-000631

_____

JOSE VIRGILIO SANCHEZ ALVAREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and KAMOUTSAS, JJ., concur.


Jose Virgilio Sanchez Alvarez, Arcadia, pro se.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED